JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:   702.629.7925
E-mail:       jag@mgalaw.com

*Attorneys for Defendants Frank Christian Sidoris*
*And Alexandria Gomez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANK CHRISTIAN SIDORIS, an individual; ALEXANDRIA GOMEZ, an individual; VICTOR MANUEL AGUILERA, an individual; PRIMO'S AUTO REPAIR LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 10 through 20, inclusive,<br><br>                    Defendants. | Case No.: 2:23-cv-00965-RFB-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS FRANK CHRISTIAN SIDORIS AND ALEXANDRIA GOMEZ TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF [ECF NO. 1]**<br><br>**(First Request)** |

Defendants FRANK CHRISTIAN SIDORIS ("Mr. Sidoris") and ALEXANDRIA GOMEZ ("Ms. Gomez") (collectively "Defendants"), and plaintiff AMGUARD INSURANCE COMPANY ("Plaintiff"), by and through their respective attorneys of record, stipulate and agree to extend the time for Defendants to file their responsive pleading to Plaintiff's complaint for declaratory relief filed on June 22, 2023 [ECF No. 1].

The current deadline for Defendants to submit their responsive pleading is August 7, 2023. Defendants have requested, and Plaintifff's have agreed to, an extension of time to and including **September 6, 2023**, so that Defendants have adequate time to prepare the responsive pleading.

1

This stipulation is submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 2nd day of August 2023.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Joseph A. Gutierrez*

_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants Frank Christian Sidoris and Alexandria Gomez*

DATED this 2nd day of August 2023.

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*

_____
STEPHEN J. ERIGERO, ESQ.
Nevada Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada Bar No. 13908
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Amguard Insurance Company*

**ORDER**

IT IS SO ORDERED this 3rd day of August, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2