1  STEPHEN J. ERIGERO (NV BAR NO. 11562)
   TIMOTHY J. LEPORE (NV BAR NO. 13908)
2  **ROPERS MAJESKI PC**
   3753 Howard Hughes Pkwy, Suite 200
3  Las Vegas, NV  89169
   Telephone:    702.954.8300
4  Facsimile:    213.312.2001
   Email:        stephen.erigero@ropers.com
5                timothy.lepore@ropers.com

6  Attorneys for Plaintiff
   AMGUARD INSURANCE COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11 | AMGUARD INSURANCE COMPANY,              | Case No. 2:23-cv-00965-RFB-DJA
12 |     Plaintiff,                          | *Hon. Richard F. Boulware*
13 |     v.                                  | **STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT PRIMO'S AUTO REPAIR LLC TO RESPOND TO PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT**
14 | FRANK CHRISTIAN SIDORIS, an individual; ALEXANDRIA GOMEZ, an individual; VICTOR MANUEL AGUILERA, an individual; PRIMO'S AUTO REPAIR LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 10 through 20, inclusive, |
15 |                                         |
16 |                                         | **(FIRST REQUEST)**
17 |                                         |
18 |     Defendants.                         | Complaint Filed:  June 22, 2023

19

20      Defendant Primo's Auto Repair LLC ("Primo") and Plaintiff AmGUARD Insurance

21 Company ("AmGUARD"), by and through their respective attorneys of record, stipulate and

22 agree to extend the deadline for Primo to file a responsive pleading to AmGUARD's Complaint

23 for Declaratory Relief [ECF No. 1] to September 30, 2023.

24      On or about August 14, 2023, Primo, by and through its counsel, Lawrence Mittin of

25 Craig P. Kenny & Associates, was served with a copy of the Complaint and Summons. As such,

26 the current deadline for Primo to respond to the Complaint is September 4, 2023. In an effort to

27 streamline this litigation, Primo and AmGUARD have agreed to an extension of time for Primo to

28 respond to the Complaint to negotiate an agreement that would potentially result in the dismissal

- 1 -

of Primo from this action without prejudice. As such, this stipulation is submitted in good faith and not for purposes of delay.

Accordingly, Primo and AmGUARD hereby stipulate to extend the deadline for Primo to respond to this Complaint to Friday, September 30, 2023.

Dated: August 14, 2023                                    ROPERS MAJESKI PC


By: /s/ Timothy J. Lepore
TIMOTHY J. LEPORE (SBN 13908)
STEPHEN J. ERIGERO
Attorneys for Plaintiff
AMGUARD INSURANCE COMPANY

Dated: August 14, 2023                                    CRAIG P. KENNY & ASSOCIATES


By: /s/ Lawrence Mittin
LAWRENCE MITTIN (5428)
Attorneys for Defendant
PRIMO'S AUTO REPAIR LLC

IT IS SO ORDERED this 16th day of August, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2023

**CERTIFICATE OF SERVICE**

Pursuant to NEFCR 9 and LR IC 4-1 (b), I hereby certify that I am an employee of Ropers Majeski PC and that on the 15th day of August, 2023, I served a true and correct copy of the foregoing **STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT PRIMO'S AUTO REPAIR LLC TO RESPOND TO PLAINTIFF AMGUARD INSURANCE COMPANY'S COMPLAINT** via the Court's electronic filing and service system to all parties on the court's current service list.

*/s/ Alisa Hayslett*
An Employee of Ropers Majeski PC

| | |
|---|---|
| **From:** | Lawrence Mittin |
| **To:** | Lepore,Timothy J. |
| **Cc:** | Hayslett, Alisa; Erigero, Stephen J. |
| **Subject:** | RE: File #BHSI 0109V, Primo"s Auto and AmGUARD |
| **Date:** | Monday, August 14, 2023 3:45:43 PM |

Hi.  You can e-sign the Stip and file.  Thank you, Larry

**From:** Lepore,Timothy J. <timothy.lepore@ropers.com>
**Sent:** Monday, August 14, 2023 2:50 PM
**To:** Lawrence Mittin <lmittin@cpklaw.com>
**Cc:** Hayslett, Alisa <alisa.hayslett@ropers.com>; Erigero, Stephen J. <stephen.erigero@ropers.com>
**Subject:** RE: File #BHSI 0109V, Primo's Auto and AmGUARD

Larry,

Following up on my correspondence below, I'm attaching the following documents to accomplish service on Primo's Auto Repair, LLC: the Complaint, Summons, Civil Cover Sheet, and Certificate of Interested Parties.

Further, in accordance with our correspondence below, I'm attaching a copy of the proposed stipulation and order to extend the deadline for Primo to respond to the Complaint. I've extended the deadline from September 4th to September 30th, which should provide enough time to work out a stipulation to bind Primo by the Court's coverage determination and to dismiss Primo from this lawsuit.

Please advise if you have any requested edits to the proposed stipulation. If not, please confirm that we may affix your electronic signature to it.

Thank you,

**Timothy J. Lepore**
*Partner*
**ROPERS** MAJESKI PC
(702) 954-8310

**From:** Lawrence Mittin <lmittin@cpklaw.com>
**Sent:** Wednesday, August 9, 2023 12:22 PM
**To:** Lepore,Timothy J. <timothy.lepore@ropers.com>; jag@mgalaw.com
**Cc:** Erigero, Stephen J. <stephen.erigero@ropers.com>; Hayslett, Alisa <alisa.hayslett@ropers.com>
**Subject:** RE: File #BHSI 0109V, Primo's Auto and AmGUARD

Thanks, Larry

**From:** Lepore,Timothy J. <timothy.lepore@ropers.com>
**Sent:** Wednesday, August 9, 2023 11:18 AM