STEPHEN J. ERIGERO (NV BAR NO. 11562)
TIMOTHY J. LEPORE (NV BAR NO. 13908)
**ROPERS MAJESKI PC**
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV  89169
Telephone:      702.954.8300
Facsimile:       213.312.2001
Email:             stephen.erigero@ropers.com
                       timothy.lepore@ropers.com

Attorneys for Plaintiff/Counter-defendant
AMGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, | Case No. 2:23-cv-00965-RFB-DJA |
| Plaintiff, | *Hon. Richard F. Boulware* |
| v. | **STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFF/COUNTER-DEFENDANT AMGUARD INSURANCE COMPANY TO RESPOND TO DEFENDANT/COUNTERCLAIMANT/ THIRD-PARTY PLAINTIFF'S COUNTERCLAIM** |
| FRANK CHRISTIAN SIDORIS, an individual; ALEXANDRIA GOMEZ, an individual; VICTOR MANUEL AGUILERA, an individual; PRIMO'S AUTO REPAIR LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 10 through 20, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |
| | Complaint Filed:  June 22, 2023 |

Plaintiff/Counter-defendant AmGUARD Insurance Company ("AmGUARD") and Counterclaimant/Defendant/Third-Party Plaintiff Alexandria Gomez ("Gomez") by and through their respective attorneys of record, stipulate and agree to extend the deadline for AmGUARD to file a responsive pleading to Gomez's Counterclaim [ECF No. 11], filed on September 6, 2023. This is AmGUARD's first request to extend the deadline to respond to Gomez's Counterclaim.

The current deadline for AmGUARD to submit its responsive pleading is September 27, 2023. AmGUARD has requested, and Gomez has agreed to, extend the deadline to Friday, October 27, 2023, so that AmGUARD has adequate time to analyze and prepare a responsive

- 1 -

pleading.

Accordingly, AmGUARD and Gomez hereby stipulate to extend the deadline for AmGUARD to respond to this Counterclaim to Friday, October 27, 2023.

Dated: September 26, 2023             ROPERS MAJESKI PC

By: /s/ Timothy J. Lepore
TIMOTHY J. LEPORE (SBN 13908)
STEPHEN J. ERIGERO
Attorneys for Plaintiff/Counter-defendant
AMGUARD INSURANCE COMPANY

Dated: September 26, 2023             MAIER GUTIERREZ & ASSOCIATES

By: /s/ Joseph A. Gutierrez
JOSEPH A. GUTIERREZ (9046)
Attorneys for Defendant
FRANK CHRISTIAN SIDORIS and
Defendant/Counterclaimant/Third-Party
Plaintiff ALEXANDRIA GOMEZ

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE