1  STEPHEN J. ERIGERO (NV BAR NO. 11562)
   TIMOTHY J. LEPORE (NV BAR NO. 13908)
2  **ROPERS MAJESKI PC**
   3753 Howard Hughes Pkwy, Suite 200
3  Las Vegas, NV 89169
   Telephone:    702.954.8300
4  Facsimile:    213.312.2001
   Email:        stephen.erigero@ropers.com
5                timothy.lepore@ropers.com

6  Attorneys for Plaintiff/Counter-defendant
   AMGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| AMGUARD INSURANCE COMPANY, | Case No. 2:23-cv-00965-RFB-DJA |
|---|---|
| Plaintiff, | *Hon. Richard F. Boulware* |
| v. | **STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFF/COUNTER-DEFENDANT AMGUARD INSURANCE COMPANY TO RESPOND TO DEFENDANT/COUNTERCLAIMANT/ THIRD-PARTY PLAINTIFF'S MOTION TO DISMISS** |
| FRANK CHRISTIAN SIDORIS, an individual; ALEXANDRIA GOMEZ, an individual; VICTOR MANUEL AGUILERA, an individual; PRIMO'S AUTO REPAIR LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 10 through 20, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |
| | Complaint Filed: June 22, 2023 |

Plaintiff/Counter-defendant AmGUARD Insurance Company ("AmGUARD") and Counterclaimant/Defendant/Third-Party Plaintiff Alexandria Gomez ("Gomez"). by and through their respective attorneys of record, stipulate and agree to extend the deadline for AmGUARD to file a responsive pleading to Gomez's Motion to Dismiss [ECF No. 39], filed on November 17, 2023. This is AmGUARD's first request to extend the deadline to respond to Gomez's Motion to Dismiss.

The current deadline for AmGUARD to submit its responsive pleading is December 1, 2023. AmGUARD has requested, and Gomez has agreed to, extend the deadline to Thursday,

- 1 -

December 7, 2023, so that AmGUARD has adequate time to analyze and prepare a responsive pleading.

Accordingly, AmGUARD and Gomez hereby stipulate to extend the deadline for AmGUARD to respond to this Counterclaim to Thursday, December 7, 2023.

Dated: November 30, 2023    ROPERS MAJESKI PC

By: _____
TIMOTHY J. LEPORE (SBN 13908)
STEPHEN J. ERIGERO
Attorneys for Plaintiff/Counter-defendant
AMGUARD INSURANCE COMPANY

Dated: November 30, 2023    MAIER GUTIERREZ & ASSOCIATES

By: */s/ Sophia Romero*
JOSEPH A. GUTIERREZ (9046)
SOPHIA A. ROMERO (12446)
Attorneys for Defendant
FRANK CHRISTIAN SIDORIS and
Defendant/Counterclaimant/Third-Party
Plaintiff ALEXANDRIA GOMEZ

IT IS SO ORDERED this 30th day of November, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

- 2 -