JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:    jag@mgalaw.com
           sgc@mgalaw.com

*Attorneys for Defendant Frank Christian Sidoris and Defendant/Counterclaimant/Third-Party Plaintiff Alexandria Gomez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK CHRISTIAN SIDORIS, an individual; ALEXANDRIA GOMEZ, an individual; VICTOR MANUEL AGUILERA, an individual; PRIMO'S AUTO REPAIR LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 10 through 20, inclusive,<br><br>　　　　　Defendants.<br><br>ALEXANDRIA GOMEZ, an individual,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a foreign corporation,<br>　　　　　Counter-defendant. | Case No.:　　2:23-cv-00965-RFB-DJA<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR GOMEZ TO REPLY IN SUPPORT OF COUNTERCLAIMANT'S MOTION TO DISMISS AMGUARD INSURANCE COMPANY'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**(FIRST REQUEST)** |

1

| | |
|---|---|
| 1 | |
| 2 | ALEXANDRIA GOMEZ, an individual, |
| 3 | Third-Party Plaintiff, |
| 4 | vs. |
| 5 | GEICO CASUALTY COMPANY, a foreign corporation; NEVADA INSURANCE SOLUTIONS, INC., a Nevada corporation, FRANK GUZMAN, an individual, DOES I through X; and ROE CORPORATIONS I through X, Inclusive, |
| 6 | |
| 7 | |
| 8 | Third-Party Defendants. |

Plaintiff/Counter-defendant AmGUARD Insurance Company ("AmGUARD"), third-party defendant GEICO, and Counterclaimant/Defendant/Third-Party Plaintiff Alexandria Gomez ("Gomez") by and through their respective attorneys of record, stipulate and agree to extend the deadline for Gomez to file a reply to AmGUARD's opposition to Gomez's motion to dismiss [ECF No. 47], filed on December 7, 2023 and GEICO's joinder thereto [ECF No. 48], filed on December 12, 2023. This is Gomez's first request to extend the deadline to reply to AmGUARD's opposition.

The current deadline for Gomez to submit its reply is December 14, 2023. Gomez has requested, and AmGUARD and GEICO have agreed to, extend the deadline to Thursday, December 21, 2023, so that Gomez has adequate time to analyze and prepare a responsive pleading.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, AmGUARD, GEICO, and Gomez hereby stipulate to extend the deadline for Gomez to reply to AmGUARD's opposition and GEICO's joinder to Thursday, December 21, 2023.

DATED this 14th day of December, 2023.

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Joseph A. Gutierrez*
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendant Frank Christian Sidoris and Defendant/Counterclaimant/Third-Party Plaintiff Alexandria Gomez*

DATED this 14th day of December, 2023.

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*
STEPHEN J. ERIGERO, ESQ.
Nevada Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada Bar No. 13908
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff and Counter-defendant AmGUARD Insurance Company*

DATED this 14th day of December, 2023.

**MCCORMICK, BARSTOW, SHEPPARD**

*/s/ Jonathan W. Carlson*
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
MANDY VOGEL, ESQ.
Nevada Bar No. 16150
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Third-Party Defendant Geico Advantage Insurance Company, erroneously sued and served herein as Geico Casualty Company*

IT IS SO ORDERED this 20th day of December, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE