STEPHEN J. ERIGERO (NV BAR NO. 11562)
TIMOTHY J. LEPORE (NV BAR NO. 13908)
**ROPERS MAJESKI PC**
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV  89169
Telephone:	702.954.8300
Facsimile:	213.312.2001
Email:	stephen.erigero@ropers.com
	timothy.lepore@ropers.com

Attorneys for Plaintiff/Counter-defendant
AMGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK CHRISTIAN SIDORIS, an individual; ALEXANDRIA GOMEZ, an individual; VICTOR MANUEL AGUILERA, an individual; PRIMO'S AUTO REPAIR LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 10 through 20, inclusive,<br><br>    Defendants.<br><br>*And related actions* | Case No. 2:23-cv-00965-RFB-DJA<br><br>*Hon. Richard F. Boulware*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counter-Defendant AMGUARD INSURANCE COMPANY ("AmGUARD"), Defendant FRANK CHRISTIAN SIDORIS ("Sidoris"), Defendant/Third-Party Plaintiff/Counter Claimant ALEXANDRIA GOMEZ ("Gomez"), Third-Party Defendant GEICO ADVANTAGE INSURANCE COMPANY, erroneously sued and served as GEICO CASUALTY COMPANY ("GEICO"), Third-Party Defendant NEVADA INSURANCE SOLUTIONS, INC., ("Nevada Insurance"), and FRANK GUZMAN ("Guzman") (together, the "Parties") by and through their respective undersigned counsel of record, hereby stipulate and agree to extend the outstanding

- 1 -

4855-0997-7773.2

discovery deadlines in this matter. This is the Parties' first request to extend discovery deadlines in this matter.

1. The Parties participated in a Rule 26(f) conference on November 16, 2023.

2. Defendant Geico filed a Motion to Dismiss the Third-Party Complaint against it on October 3, 2023. ECF No. 28.

3. A Motion to Dismiss Defendant and Counterclaimant Gomez' Counterclaim (ECF No. 12) was filed by Defendant AmGUARD on October 27, 2023. ECF No. 36.

4. On November 21, 2023, Geico filed a Motion to Stay Discovery (ECF No. 41), pending resolution of its pending Motion to Dismiss.

5. On November 17, 2023, Gomez filed a Motion to Dismiss AmGUARD's Complaint for Lack of Subject Matter Jurisdiction. ECF No. 39.

6. The Parties submitted a Stipulated Discovery Plan and Scheduling Order, seeking Special Scheduling Review, on December 5, 2023. ECF No. 44.

7. All three of the Motions to Dismiss have been fully briefed by the Parties and are pending review by the Court. *See* ECF No. 28, 32, 34, 38, for Parties' submissions relating to Geico's Motion to Dismiss; ECF No. 36, 38, 40, for Parties' submissions relating to AmGUARD's Motion to Dismiss; and ECF No. 39, 47, 48, 55, and 56.

8. The initial Stipulated Discovery Plan and Scheduling Order was denied without prejudice, as the Court requested a statement of the reasons why a longer or different time period should apply. ECF No. 45.

9. The Parties submitted a Renewed Stipulated Discovery Plan and Scheduling Order on December 18, 2023. ECF No. 51.

10. On December 20, 2023, the Court entered a Scheduling Order, granting the Parties' Renewed Stipulated Discovery Plan and Scheduling Order, and entering the following deadlines in this matter:

    a. Rule 26(a)(1) Initial Disclosures: December 16, 2023

    b. Amend Pleadings and Add Parties: February 14, 2024

    c. Rule 26(a)(2) Disclosures (Experts):

4855-0997-7773.2

1         d.    Initial Expert Disclosure: March 15, 2024

2         e.    Rebuttal Expert Disclosure: April 15, 2024

3         f.    Close of Discovery: May 14, 2024

4         g.    Dispositive Motions: June 13, 2024

5         h.    Pretrial Order: July 15, 2024

11.    On or about February 2, 2024, the Parties filed a Joint Motion to Substitute Party. ECF No. 59.

12.    The Joint Motion sought to substitute Claudia Morayman Del Hoyo as Special Administrator for the Estate of Victor Manuel Aguilera in place of Defendant Victor Manuel Aguilera, who is deceased. *See id*.

13.    On or about February 5, 2024, this Court held a hearing on Defendant Geico's Motion to Stay Discovery, during which the Court granted the Motion to Stay Discovery. ECF No. 61. As stated on the record, it was further ordered that, if Geico's Motion to Dismiss is denied and an amended Complaint is allowed and filed, a proposed discovery plan and scheduling order will be due 14 days after such decision. *See id*.

14.    On February 15, 2024, Third-Party Defendants NEVADA INSURANCE SOLUTIONS, INC. and FRANK GUZMAN made their first appearance in this action, by filing an Answer to the Third-Party Complaint. ECF No. 64.

15.    On February 20, 2024, the Court entered an Order, granting the Joint Motion to Substitute Party. ECF No. 65.

16.    In light of the pending dispositive motions, and related discovery stay, as well as the newly appearing third-party defendants, and the substitution of a party, the Parties have not been able to fully engage in discovery in this matter.

17.    Accordingly, to date, the only discovery that has been completed is a 26(f) conference, and the Parties need to make initial disclosures, to exchange and respond to written discovery demands, as well as respond to any disputes that arise during the discovery process, participate in both party and non-party depositions, and, potentially, identify and retain appropriate expert witnesses, and prepare the same for depositions.

4855-0997-7773.2

18. In light of the foregoing, as well as the complexity of the issues at hand, the anticipated voluminous document (including significant e-discovery) production, as well as the potential need for multiple parties to retain expert witnesses, the Parties are in agreement that excusable neglect exists to warrant the extension of the Parties' deadline to make initial disclosures, pursuant to Rule 26(a)(1), and good cause exists to warrant extending the remaining discovery deadlines in this matter.

19. This is the first request for an extension of these deadlines in this matter;

20. As good cause exists therefor, the Parties now respectfully request an extension of the deadline to make initial disclosures, and to extend the remaining deadlines in this matter, by 120 days, such that the remaining deadlines will be as set forth below:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Rule 26(a)(1) Initial Disclosures: | December 16, 2023 | **March 31, 2024** |
| Amend Pleadings and Add Parties | February 14, 2024 | **June 14, 2024** |
| Rule 26(a)(2) Disclosures (Experts): | | |
| Initial Expert Disclosure: | March 15, 2024 | **July 15, 2024** |
| Rebuttal Expert Disclosure: | April 15, 2024 | **August 15, 2024** |
| Close of Discovery: | May 14, 2024 | **September 16, 2024** |
| Dispositive Motions: | June 13, 2024 | **October 16, 2024** |
| Pretrial Order: | July 15, 2024 | **November 18, 2024** |

21. This Stipulation is entered into in good faith, jointly by all Parties hereto, and not for the purposes of delay.

22. Rather, it is sought by the Parties solely for the purpose of allowing sufficient time to conduct discovery in this case and to adequately prepare their respective cases for trial.

23. Moreover, as all Parties are jointly stipulating to the necessity and good cause for this extension, no Party will be prejudiced by the Court granting this Stipulation.

24. Accordingly, the Parties respectfully request that the Court enter grant the Parties' Stipulation, to Extend Discovery Deadlines for the reasons constituting good cause and excusable

4855-0997-7773.2

neglect, as set forth herein and respectfully request that this Stipulation be entered as an Order by this Honorable Court.

Dated: March 15, 2024  By: /s/ Timothy J. Lepore
TIMOTHY J. LEPORE (SBN 13908)
STEPHEN J. ERIGERO (SBN 11562)
**ROPERS MAJESKI PC**
*Attorneys for Plaintiff/Counter-defendant*
AMGUARD INSURANCE COMPANY

Dated: March 15, 2024  By: /s/ Joseph A. Gutierrez
JOSEPH A. GUTIERREZ (9046)
**MAIER GUTIERREZ & ASSOCIATES**
*Attorneys for Defendant*
FRANK CHRISTIAN SIDORIS and
*Defendant/Counterclaimant/Third-Party Plaintiff*
ALEXANDRIA GOMEZ

Dated: March 15, 2024  By: /s/ Jonathan W. Carlson
JONATHAN W. CARLSON (10536)
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**
*Attorneys for Third-Party Defendant*
GEICO CASUALTY COMPANY

Dated: March 15, 2024  By: /s/ Philip Goodhart
PHILIP GOODHART (5332)
**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**
*Attorneys for Third-Party Defendants*
NEVADA INSURANCE SOLUTIONS, INC. and
FRANK GUZMAN

**ORDER**

Plaintiff has filed two stipulations to extend discovery plan and scheduling order (ECF Nos. 66 and 67) on the docket. They appear to be identical. Accordingly, **IT IS THEREFORE ORDERED** that the parties' stipulation to extend discovery (ECF No. 67) is GRANTED. **IT IS FURTHER ORDERED** that the stipulation to extend discovery plan and scheduling order (ECF No. 66) is DENIED as moot.

DATED: 3/19/2024

_____
UNITED STATES MAGISTRATE JUDGE

4855-0997-7773.2